# Order

Michigan Supreme Court
Lansing, Michigan

November 2, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127566-7

RICHARD STIGLMAIER,
      Plaintiff-Appellant,

v

DETROIT ENTERTAINMENT, L.L.C.,
d/b/a MOTORCITY CASINO, and JOHN
DOE EMPLOYEES OF DETROIT
ENTERTAINMENT, L.L.C.,
      Defendants-Appellees.
_____/

SC: 127566
COA: 246465
Wayne CC: 00-026997-NZ

STEVEN BARRY STOLMAN, JEFFREY
SMITH, RAYMOND SMITH, WILLIAM
STANKO, and STANLEY J. PITTMAN,
      Plaintiffs-Appellants,

v

DETROIT ENTERTAINMENT, L.L.C.,
d/b/a MOTORCITY CASINO, and JOHN
DOE EMPLOYEES OF DETROIT
ENTERTAINMENT, L.L.C.,
      Defendants-Appellees.
_____/

SC: 127567
COA: 246466
Wayne CC: 01-143092-NZ

On order of the Court, the application for leave to appeal the August 31, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

d1026

Clerk